SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB# 082781**
Lewis.Burkhart@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  503-727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00106-HZ |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| AUMONTAE DEWAYNE SMITH, | |
| Defendant. | |

The United States of America hereby files the following Bill of Particulars for Forfeiture

of Property.

The United States gives notice that in the forfeiture allegations of the Indictment, the

United States is seeking forfeiture of the following property:

$18,919 in United States currency;

Glock Model 27 pistol   CAL: .40   SN: LHM996;

Glock .40 Cal. magazine with live rounds of ammunition;

DPMS Panther Arms MOD AR-15 rifle   CAL:.223   SN: FFH218631;

Panther Arms magazine loaded with live rounds of ammunition;

Romarm Micro Draco rifle  CAL: 7.62   SN: PMD-21302-20-ROA;

**Bill of Particulars for Forfeiture of Property**                                                                    **PAGE 1**

Roman Draco magazine loaded with live rounds of ammunition;

Glock model 21 pistol   CAL: .45   SN: BCMX693;

Glock magazine loaded with ammunition;

Glock model 30 pistol   CAL: .45   SN: BBUP240;

Glock magazine loaded with ammunition;

Taurus PT92 AFS pistol   CAL: 9mm    SN: TNK0953;

Check-Mate IND Taurus magazine loaded with live ammunition; and

All other associated ammunition and accessories.

DATED: May 13, 2021.                          Respectfully submitted,

                                              SCOTT ERIK ASPHAUG
                                              Acting United States Attorney

                                              /s/ Lewis S. Burkhart
                                              LEWIS S. BURKHART, OSB #082781
                                              Assistant United States Attorney